UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-09485 |
| GEORGE E. LUDKOWSKI, | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| Debtor(s) | ) | |

## ORDER TO CONVERT TO CHAPTER 13

THIS CAUSE coming on to be heard on the motion of the Debtor, due notice having been given to all necessary parties, the Court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED AS FOLLOWS:

This case is hereby converted from Chapter 7 to Chapter 13.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: **15 NOV 2017**

**Prepared by:**
Kevin P. McJessy
McJessy Ching & Thompson, LLC

Rev: 20110603_bko