UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16bk09485 |
| George E. Ludkowski | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO N. NEVILLE REID, AS FORMER CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 1,276.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 691.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 585.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

### TOTAL FEES AND COSTS ALLOWED: $ 585.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    No Benefit to the Estate – TOTAL of disallowed amounts: $ 691.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

In this case, reviewing emails does not provide sufficient benefit to the estate to be compensable.

Dated: **10 MAY 2018**

Timothy A. Barnes
United States Bankruptcy Judge

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street · Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

January 10, 2018

NNR as Trustee for George Ludkowski

INVOICE: 73666
File No: 06373 - 001
Billed Through: 11/14/2017

## Trustee

### *PROFESSIONAL SERVICES*

| Date | ID | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2016 | NNR | Discussion with B. De Medici re status of case | 0.20 hrs @ | 510 /hr | 102.00 |
| 04/10/2017 | MNA | Set estimated TFR date. | 0.10 hrs @ | 210 /hr | 21.00 |
| 04/26/2017 | MNA | Update Form 1 notes and administer assets in TCMS in preparation of TIR. | 0.20 hrs @ | 210 /hr | 42.00 |
| 04/27/2017 | MNA | Update assets in preparation of TIR. | 0.10 hrs @ | 210 /hr | 21.00 |
| 08/13/2017 | MNA | Review case in preparation of trustee's interim report. | 0.30 hrs @ | 210 /hr | 63.00 |

Total Professional Services:     $249.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| MNA | Aguirre, Melissa N | 0.70 | $147.00 |
| NNR | Reid, N. Neville | 0.20 | $102.00 |

NNR as Trustee - Ludkowski, G.                                                Page    2
Trustee

## *BILL SUMMARY*

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $249.00 |
| TOTAL CHARGES THIS INVOICE | $249.00 |
| | |
| OUTSTANDING BALANCE | $249.00 |

**Please remit within 30 days of receipt.  Thank you.**

**For ACH Payment: US Bank, Chicago, IL ABA# 071904779 Acct# 199355795196
For Credit Card Payment: www.foxswibel.com/client-center
PLEASE REFERENCE INVOICE NUMBER**

**Exhibit ii**

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street · Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

January 10, 2018

NNR as Trustee for George Ludkowski

INVOICE: 73667
File No: 06373 - 002
Billed Through: 11/14/2017

## Attorney

### *PROFESSIONAL SERVICES*

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/09/2016 | MNA | Review email from B. de'Medici re: case status. | 0.10 hrs @ 190 /hr | 19.00 |
| (1) No Benefit to the Estate | | | | |
| 01/03/2017 | MNA | Review emails from B. de'Medici re: case status. | 0.10 hrs @ 210 /hr | 21.00 |
| (1) No Benefit to the Estate | | | | |
| 01/09/2017 | MNA | Research form of certification of trustee of no money in the estate (.4); telephone conference with ECF Help Desk re: same (.4); prepare email to B. de'Medici re: same (.1); telephone conference with B. de'Medici re: same (.1); review and respond to emails from B. de'Medici re: same (.2); file deferral of adversary filing fee in the adversary case (.3). | 1.80 hrs @ 210 /hr | 378.00 |
| (1) No Benefit to the Estate | | | | |
| 01/17/2017 | MNA | Telephone conference with B. de'Medici and N. Reid re: case status. | 0.10 hrs @ 210 /hr | 21.00 |
| (1) No Benefit to the Estate | | | | |
| 01/31/2017 | MNA | Review emails between B. de'Medici and E. Moczybroda re: inspection of property located at 8321 N. Ozanam, Niles, Illinois. | 0.10 hrs @ 210 /hr | 21.00 |
| (1) No Benefit to the Estate | | | | |
| 02/02/2017 | MNA | Review email from B. de'Medici re: case status. | 0.10 hrs @ 210 /hr | 21.00 |
| (1) No Benefit to the Estate | | | | |
| 02/13/2017 | MNA | Review emails between L. West and B. de'Medici re: case status. | 0.20 hrs @ 210 /hr | 42.00 |
| (1) No Benefit to the Estate | | | | |
| 02/16/2017 | MNA | Review email from E. Moczybroda re: status and analysis of her inspection of debtor's property. | 0.10 hrs @ 210 /hr | 21.00 |
| (1) No Benefit to the Estate | | | | |
| 02/17/2017 | MNA | Review emails between N. Reid and B. de'Medici re: case status. | 0.20 hrs @ 210 /hr | 42.00 |
| (1) No Benefit to the Estate | | | | |
| 02/20/2017 | MNA | Review emails from B. de'Medici re: case status. | 0.20 hrs @ 210 /hr | 42.00 |
| (1) No Benefit to the Estate | | | | |

NNR as Trustee - Ludkowski, G.                                                                    Page    2
Attorney

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/31/2017 | MNA | Telephone conference with B. de'Medici re: case status update for 04/01/16 - 03/31/17 TIR preparation. | 0.10 hrs @ 210 /hr | 21.00 |
| 04/06/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 04/10/2017 | MNA | Review emails from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 04/17/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 04/19/2017 | MNA | Review emails from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.20 hrs @ 210 /hr | 42.00 |
| 04/28/2017 | MNA | Review emails from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.20 hrs @ 210 /hr | 42.00 |
| 05/04/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 05/09/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 05/11/2017 | MNA | Review emails between B. de'Medici and D. Cohen re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 05/16/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 05/24/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 06/06/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 08/02/2017 | MNA | Review email from B. de'Medici re: case status. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 08/10/2017 | MNA | Review email from B. de'Medici re: case status (.1); update case status notes in TCMS.net (.1). <br> (1) No Benefit to the Estate | 0.20 hrs @ 210 /hr | 42.00 |
| 10/03/2017 | MNA | Check docket to see if case has been converted to Chapter 13. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |
| 10/04/2017 | MNA | Check docket to determine if order was granted converting case to Chapter 13. <br> (1) No Benefit to the Estate | 0.10 hrs @ 210 /hr | 21.00 |

Total Professional Services:          $1,027.00

NNR as Trustee - Ludkowski, G.                                              Page    3
Attorney

| ID  | Timekeeper Name    | Hours | Total Fees  |
|-----|--------------------|-------|-------------|
| MNA | Aguirre, Melissa N | 4.90  | $1,027.00   |

## *BILL SUMMARY*

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $1,027.00 |
| TOTAL CHARGES THIS INVOICE  | $1,027.00 |
| OUTSTANDING BALANCE         | $1,027.00 |

**Please remit within 30 days of receipt.  Thank you.**

**For ACH Payment: US Bank, Chicago, IL ABA# 071904779 Acct# 199355795196
For Credit Card Payment: www.foxswibel.com/client-center
PLEASE REFERENCE INVOICE NUMBER**