# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-09485 |
| George E. Ludkowski | ) | |
| | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## Order Awarding Final Damages

This coming to be heard on the Debtor's Motion for Rule to Show Cause [Dkt. No. 97] (the "Motion") and the court's related Order [Dkt. No. 129]; in accordance with the Order, wherein the court imposed deadlines for the Debtor to file an itemization of further damages, and the Law Firm of Wendy R. Morgan ("Morgan") to file an objection thereto, and provided that if Morgan did not object to the Debtor's itemization, the further hearing would be stricken and the Motion taken under advisement; the Debtor having timely filed an itemization of further damages [Dkt. No. 131] (the "Itemization"), Morgan having failed to object to the Itemization, the court having stricken any further hearing on the Motion [Dkt. No. 132] and the court having reviewed the Itemization;

IT IS HEREBY ORDERED:

1. That the Debtor is awarded $400.00 in damages in addition to the amounts previously set forth in the Order.

2. This order concludes the Motion.

Enter:

Dated:   **1 6 AUG 2018**

Honorable Timothy A. Barnes
United States Bankruptcy Judge

**Prepared by:**